Phillip E. Benson, CA Bar #97420
WARREN ■ BENSON Law Group
620 Newport Center Dr., Ste 1100
Newport Beach, CA 92660
Tel: 949-721-6636; Fax: 952-955-5177
philbenson@warrenbensonlaw.com

Attorneys for *Qui Tam* Plaintiff
Keri Kelley

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA and ORANGE COUNTY, CALIFORNIA, <u>ex rel</u>. Keri Kelley, <br><br>　　　　　Plaintiffs, <br><br>　vs. <br><br>PEDIATRIC SUBSPECIALTY FACULTY, Inc., <br><br>　　　　　Defendant. | Case No. SA 09-CV-0001-DOC-MLG <br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

　　Upon consideration of the *qui tam* plaintiff, Keri Kelley's, Request for Dismissal Without Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1),

1  **IT IS ORDERED** that the Court consents to the dismissal of the action without prejudice pursuant to 31 U.S.C. § 3730(b)(1) and dismisses the action without prejudice.

Dated: August 2, 2012

*David O. Carter*
Honorable David O. Carter
United States District Judge