Phillip E. Benson, CA Bar #97420
WARREN ■ BENSON Law Group
620 Newport Center Dr., Ste 1100
Newport Beach, CA 92660
Tel: 949-721-6636; Fax: 952-955-5177
philbenson@warrenbensonlaw.com

Attorneys for *Qui Tam* Plaintiff
Keri Kelley

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA and ORANGE COUNTY, CALIFORNIA, <u>ex rel</u>. Keri Kelley,<br><br>         Plaintiffs,<br><br>    vs.<br><br>PEDIATRIC SUBSPECIALTY FACULTY, Inc.,<br><br>         Defendant. | Case No. SA 09-CV-0001-DOC-MLG<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Upon consideration of the *qui tam* plaintiff, Keri Kelley's, Request for Dismissal Without Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1),

- 1 -         ORDER DISMISSING ACTION
                    WITHOUT PREJUDICE

1   **IT IS ORDERED** that the Court consents to the dismissal of the action without prejudice
2   pursuant to 31 U.S.C. § 3730(b)(1) and dismisses the action without prejudice.
3
4
5
6   Dated:  August 2, 2012                 *David O. Carter*
                                            _____
7                                           Honorable David O. Carter
                                            United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -                              ORDER DISMISSING ACTION
                                         WITHOUT PREJUDICE